# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) JACQUELINE MACK and <br> (2) JOHANNA JOHNSON, <br>    Plaintiff(s) <br><br> vs. <br><br> (3) CARRIAGE SERVICE OF <br> OKLAHOMA, L.L.C., a domestic limited <br> liability co., d/b/a RESTHAVEN FUNERAL <br> HOME, <br>    Defendant(s) | ) <br> ) <br> ) <br> ) <br> )   Case Number: CIV-08-990-W <br> ) <br> )   Honorable JudgeWest <br> ) <br> ) <br> ) <br> ) |

## DISMISSAL WITH PREJUDICE

  COME NOW the Plaintiffs, Jacqueline Mack and Johanna Johnson, by and through their attorney of record, Gregory G. Meier of Meier & Associates, and dismiss all claims with prejudice against the Defendants in the above-styled action.

  Dated this 15th day of April, 2010.

              Respectfully submitted,


              /s/ Gregory G. Meier
              Gregory G. Meier, OBA #6122
              Meier, Allred & Stock
              1524 S. Denver Avenue
              Tulsa, OK 74119-3829
              Phone: (918) 584-1212
              Fax:  (918) 584-1295
              E-mail address: gmeier@meierlaw.com


### CERTIFICATE OF SERVICE

  I hereby certify that on April 15, 2010, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Steven E. Holden and Michael L. Carr.


              s/Gregory G. Meier